MARIA CARRIER, as Executrix of SHIRLEY IANNARILLI, Deceased, Appellant, v CORNING AMBULANCE SERVICE, INC., Doing Business as RURAL METRO MEDICAL SERVICES, et al., Defendants, and HORNBY VOLUNTEER FIRE COMPANY, INC., et al., Respondents. [38 NYS3d 476]—Appeal from an order of the Supreme Court, Steuben County (Joseph W. Latham, A.J.), entered March 9, 2015. The order, among other things, granted the motions of defendants-respondents for summary judgment dismissing plaintiff's third amended complaint against them.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Whalen, P.J., Smith, NeMoyer, Curran and Scudder, JJ.